UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LEROY LEE FIGURES,

    Plaintiff,

v.                                                Case No. 3:21cv838-LC-HTC

JOSEPH GORDON, et al.,

    Defendants.

_____/

## ORDER

The magistrate judge issued a Report and Recommendation on April 6, 2022 (ECF No. 28). The court furnished Plaintiff a copy of the Report and Recommendation and afforded him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.     The magistrate judge's Report and Recommendation (ECF No. 28) is adopted and incorporated by reference in this order.

2. The case is DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915A(b)(1) for failure to state a claim.

3. The clerk of court is directed to close this case file.

**DONE AND ORDERED** this 8th day of June, 2022.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:21cv838-LC-HTC